FILED
MAY 08 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MARK R. HAMILTON<br><br>SBN: 176374<br><br>In re:<br><br>ELISABETH MARY ZIESMER,<br><br><br>Debtor. | CASE NUMBER: 8:16-bk-13472-ES<br><br>CHAPTER 7<br><br>STATEMENT OF CAUSE (REFERRAL FOR DISCIPLINE OF MARK R. HAMILTON PURSUANT TO FOURTH AMENDED GENERAL ORDER 96-05)<br><br>Date: March 16, 2017<br>Time: 10:30 A.M.<br>Courtroom: 5A |

**To the Disciplinary Panel of the Bankruptcy Courts for the Central District of California:**

The undersigned Judge of the Bankruptcy Court of the Central District of California, Santa Ana Division, required attorney Mark R. Hamilton to appear on March 16, 2017 at 10:30 a.m. and show cause why he should not be referred to the Bankruptcy Court's disciplinary panel under the Fourth Amended General Order 96-05. Mr. Hamilton did not appear at the hearing and did not show cause. Evidence presented at the hearing showed that on August 17, 2016, counsel of record for the Debtor, Mark R. Hamilton, caused to be filed, with a voluntary chapter 7 skeletal bankruptcy petition, a *Verification of*

1

*Master Mailing List of Creditors* filed in accordance with LBR 1007-1(a), that was false. At the time the Master Mailing List was filed, attorney Hamilton knew the document was false and later admitted to its falsity in a subsequent declaration filed by him in opposition to a motion for relief from the automatic stay filed by a creditor of the Debtor, specifically the landlord of the Debtor. The reasons given for the omission was to conceal from the landlord the fact that his client filed bankruptcy. No attempt was made by counsel to correct the record until responses were filed to the stay relief motion. The Court concluded, in a separately filed Findings of Fact and Conclusions of Law, incorporated herein by reference, that attorney Hamilton violated the California Rules of Professional Conduct, and specifically CRPC Rule 3.210; CRPC Rule 5-200, and *F.R.B.P. Rule 9011*.

Pursuant to the Fourth Amended General Order 96-05 the undersigned United States Bankruptcy Judge for the Central District of California, Santa Ana Division hereby issues this Statement of Cause and refers attorney MARK R. HAMILTON, State Bar Number 176374, to the Disciplinary Panel of the Bankruptcy Courts for the Central District of California for appropriate discipline.

In support of this referral, and filed under separate cover in case number 8:16-bk-13472-ES is:

1). Motion and Notice of Motion for Order to Show Cause ("OSC") Why Attorney Mark R. Hamilton Should Not Be Referred to the Disciplinary Panel for the Central District of California. [Docket #52].

2). Request for Judicial Notice Re: Motion for Order to Show Cause ("OSC") Why Attorney Mark R. Hamilton Should Not Be Referred to the Disciplinary Panel for the Central District of California. [Docket #53].

3). Findings of Fact and Conclusions of Law in support of the Order Granting U.S. Trustee's Order to Show Cause Why Attorney Mark R. Hamilton Should Not Be Referred to the Disciplinary Panel for the Central District of California [Docket #58].

Consistent with the Fourth Amended General Order 96-05, the undersigned referring Judge recommends the following as the appropriate discipline for Mark R. Hamilton: that Mr. Hamilton be barred from practicing law in the Bankruptcy Courts of the Central District of California for a period to be determined by the Disciplinary Panel.

### 

Date: April 4, 2017

Erithe Smith
United States Bankruptcy Judge

PETER C. ANDERSON
United States Trustee
Frank M. Cadigan (Bar No. 095666)
Assistant U.S. Trustee
Ronald Reagan Federal Building
 and United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  frank.cadigan@usdoj.gov

**FILED & ENTERED**

APR 04 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:

ELISABETH MARY ZIESMER,

Debtor.

CASE NUMBER:  8:16-bk-13472-ES

CHAPTER 7

ORDER GRANTING U.S. TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE ("OSC") WHY ATTORNEY MARK R. HAMILTON SHOULD NOT BE REFERRED TO THE DISCIPLINARY PANEL OF THE CENTRAL DISTRICT OF CALIFORNIA

Date: March 16, 2017
Time:  10:30 A.M.
Courtroom: "5A"

The matter of the United States Trustee's ("U.S. Trustee's") Motion for Order to Show Cause ("OSC") Why Attorney Mark R. Hamilton Should Not Be Referred to the Disciplinary Panel for the Central District of California [Docket #52], having come on regularly for hearing at the date and time indicated above, and Frank M. Cadigan having appeared for the U.S. Trustee, and no opposition having been filed to the Motion and no appearance having been made by Attorney Mark R. Hamilton, and for the reasons stated on the record and in the tentative ruling, and as set forth in the Findings of Fact and

1

Conclusions of Law in support of the Order Granting the U.S. Trustee's OSC filed concurrently with this Order:

**IT IS ORDERED AS FOLLOWS:**

1. The Order to Show Cause, requesting that attorney Mark R. Hamilton be referred to the Disciplinary Panel of the Central District of California, pursuant to Fourth Amended General Order 96-05, is granted.

###

Date: April 4, 2017

Erithe Smith
United States Bankruptcy Judge

2