FILED

JUN 13 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case Number: 2:17-mp-00108-PC |
| **The Disciplinary Proceeding of** | NOTICE OF DISCIPLINARY HEARING |
| **MARK R. HAMILTON** | Date:   September 8, 2017<br>Time:   10:30 a.m.<br>Place:  Courtroom 1645<br>Edward R. Roybal Federal<br>Building and Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that the above-referenced disciplinary hearing involving Mark R. Hamilton (the "Attorney") will take place at the date, time, and place set forth above.

The Attorney may appear at the disciplinary hearing with legal counsel and may present evidence (1) to refute the statements contained in the Statement of Cause, (2) in mitigation (i.e., that notwithstanding the validity of the statements in the Statement of Cause, the Attorney should not be disciplined), and (3) bearing on the type and extent of disciplinary action appropriate under the circumstances.

The Federal Rules of Evidence shall apply to the presentation of evidence at the disciplinary hearing which is a contested matter as that term is defined in the Federal Rules of Bankruptcy Procedure.

The United States Trustee for the District may appear at the hearing in person or by counsel and may participate in the presentation of evidence as though he or she was a party to the proceeding. If the United States Trustee wishes to appear at the hearing, he or she must file a Notice of Intent to Appear, setting forth the purposes for his or her appearance, and serve that notice on the Attorney at least fourteen (14) days before the hearing.

The hearing panel may disregard written statements or declarations of innocence or in mitigation of the Attorney's conduct unless they are filed with the Court with three (3) copies delivered promptly thereafter to the chambers of the presiding judge of the panel at least seven (7) days prior to the hearing. The presiding judge of this panel is the Honorable Peter H. Carroll whose chambers are located in the United States Bankruptcy Court, Central District of California, 1415 State Street, Suite 230, Santa Barbara, California 93101.

Declarations of third parties presented to the panel for consideration as evidence may be disregarded by the panel if the declarant is unavailable at the hearing for cross-examination and for examination by the panel.

Dated: June 13, 2017

*Kathleen J. Campbell*

**KATHLEEN J. CAMPBELL**
Clerk of Court

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
255 E. Temple Street, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled (*specify*): Notice of Disciplinary Hearing

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/13/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Maroko  ron.maroko@usdoj.gov

United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/13/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Mark R. Hamilton
3024 E Chapman Ave #322
Orange, CA 92869

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/13/2017 | Jennifer Kohout | *Jennifer Kohout* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     F 9013-3.1.PROOF.SERVICE