CAROLE J. BUCKNER (Bar No. 116267)
WILLIAM A. SMELKO (Bar No. 96970)
E-mail:   carole.buckner@procopio.com
E-mail:   bill.smelko@procopio.com
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for MARK R. HAMILTON

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**The Disciplinary Proceeding of**<br><br>**MARK R. HAMILTON,** | Case No. 2:17-mp-00108-PC<br><br>DECLARATION OF MARK REMAN HAMILTON IN RE DISCIPLINE PROCEEDING<br><br>Date:         October 2, 2017<br>Time:         10:00 a.m.<br>Location:   Courtroom 1645<br>                    Edward R. Roybal Federal<br>                    Building and Courthouse<br>                    255 East Temple Street<br>                    Los Angeles, CA  90012<br>Judge:       Hon. Peter H. Carroll, Presiding<br>                    Hon. Neil W. Bason<br>                    Hon. Scott H. Yun |

I, Mark Reman Hamilton, do hereby declare and state:

1. I am an attorney licensed to practice law in the State of California, and am admitted to practice before the Central District of California.  I make this declaration based on my personal knowledge and if called to testify I could and would testify as follows.

2. In my lifetime, I have filed approximately 8 chapter 7 bankruptcy matters prior to the subject chapter 7 filing.  I have not handled a bankruptcy case for 7 years.  Three chapter 7 files were found in my computer files for 2009.  I handled one pro bono chapter 7 case in 2010.

3. I have substituted out of the present case and Debtor has engaged new counsel to

represent her.

4. I do not have any other bankruptcy cases pending at this time.

5. In view of my ethical obligations pursuant to California Business and Professions Code § 6068(e), and Rule 3-100 of the California Rules of Professional Conduct, which require that I maintain confidentiality regarding my communications with my client, at every peril to myself, due to the attorney client privilege, and due to my duty of loyalty to my former client, the Debtor, I cannot further explain the circumstances that lead to the filing of the matrix without the landlord being listed without disclosure of confidential client communications.

6. As a result of these ethical obligations, I cannot discuss the advice I gave to the Debtor pertaining to Rule 3-210 of the California Rules of Professional Conduct, nor can I discuss our communications as to the obligation of candor to the court under Rule 5-200 of the California Rules of Professional Conduct.

7. I take responsibility for the submission as the attorney of record for Debtor.

8. I corrected the matrix to add the missing landlord as soon as I knew the creditor matrix had been filed incorrectly.

9. My judgment was clouded by physical pain and distress during the hearing. I was not able to finish some of my thoughts fully, as the transcript reflects. Because I became overwhelmed by the situation, my judgment was negatively impacted.

10. I have apologized to the court.

11. I have no other professional discipline during my practice, other than an agreement in lieu of discipline arising from a situation in 2004 that did not involve the practice of law.

12. At the time of the hearing on the OSC I went to court, read the tentative ruling which said I did not have to appear if I had nothing further to add. I was without counsel at that time and I did not have anything further to add. Because of extreme stress and back pain I left the court without appearing at the hearing.

13. I am willing to provide further information pertaining to my medical status which pre-existed this situation and is ongoing. I requested that the Trustee stipulate to a protective order so that this information, which is private health-related information, would not be set forth in the

so that this information, which is private health-related information, would not be set forth in the public record. I will make the same request at the hearing where I will provide the court with further details concerning my medical status, which I believe impaired my judgment in handling this situation.

14. I recognize that what occurred was not appropriate and I apologize for it, again.

15. An admonition or reproval from the court will be sufficient to deter any such future conduct.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 23, 2017 at Orange, California.

DATED: 9/23/2017

By: _____
MARK REMAN HAMILTON